1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN BUCKHANAN,                          No. 2:24-cv-2257 CKD P

12              Plaintiff,

13        v.                                  ORDER AND

14   WELLPATH, et al.,                        FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17        On August 26, 2024, plaintiff was ordered to provide a certified copy of his prisoner trust

18   account statement for the preceding six months. Plaintiff was cautioned that failure to do so

19   would result in a recommendation that this action be dismissed. The thirty-day period has now

20   expired, and plaintiff has not responded to the court's order.

21        Although it appears from the docket that plaintiff's copy of the August 26, 2024, order

22   was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court

23   apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents

24   at the record address of the party is fully effective.

25        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

26   court judge to this case.

27        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See

28   Fed. R. Civ. P. 41(b).

1

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, any party may file written

4  objections with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

6  objections shall be served and filed within fourteen days after service of the objections.  The

7  parties are advised that failure to file objections within the specified time may waive the right to

8  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9  Dated:  October 3, 2024

10

11                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

12

13

14  1
    buck2258.fifp
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2