UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BUCKHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLPATH, et al.,<br><br>    Defendants. | No. 2:24-cv-02257-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. Nos. 2, 6) |

Plaintiff John Buckhanan is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 6 at 1.) Specifically, the magistrate judge concluded that on August 26, 2024, plaintiff was ordered to provide a certified copy of his prisoner trust account statement for the preceding six months, plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed, the thirty-day period has now expired, and plaintiff has not responded to the court's order. (*Id.*)

The findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) On October 3, 2024, the court served the

1

pending findings and recommendations on the parties, including on plaintiff at the record address. (Doc. No. 6.) It is plaintiff's responsibility to keep the court apprised of his current address at all times, and service of documents at the record address of the party is fully effective. Local Rule 182(f). On October 28, 2024, the findings and recommendations were returned to the court marked as undeliverable to plaintiff. (Doc. No. 6.) To date, no notice of change of address or objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 3, 2024 (Doc. No. 6) are ADOPTED in full;
2. This action is DISMISSED without prejudice;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED as moot; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **April 16, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2